1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT (NYBN 5132063)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7356
7       FAX: (415) 436-7234
        samantha.schott@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 17-0094 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER DETAINING DEFENDANT PRIOR TO SENTENCING |
| v. | |
| GARY SHEA, | |
| Defendant. | |

On January 9, 2017, Defendant was released pending trial, and ordered to follow certain conditions set forth by this Court and the Pretrial Services Officer. Defendant appeared before this Court for several bond review hearings after violating the terms of his release, for conduct including use of controlled substances, failure to attend mandated counseling sessions, and being terminated from a halfway house. This Court repeatedly admonished Defendant to abide by the conditions of his release. Defendant entered guilty pleas in the district court to Counts One and Two of the Indictment on April 26, 2017. Defendant's sentencing is set before the district court on January 17, 2018.

The most recent memorandum advising this Court of Defendant's pretrial release violations was filed on October 24, 2017. Defendant appeared before this Court again on October 26, 2017, for a bond

review hearing and was represented by his counsel, Assistant Federal Public Defender Jodi Linker. Assistant United States Attorney Shailika Kotiya represented the United States. Pretrial Services recommended detention, on grounds that the Defendant was not amenable to supervision without suitable housing, and that suitable housing could not yet be secured for the Defendant.

Upon consideration of the Pretrial Services recommendation, the court file, and the party proffers at the bond review hearing, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the defendant's appearance in court and the safety of the community. Accordingly, the Court orders Defendant detained pending the imposition and execution of sentence.

This Order supplements the Court's findings at the bond review hearing.

Accordingly, pursuant to 18 U.S.C. § 3143(a), IT IS HEREBY ORDERED THAT:

(1) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

November 20, 2017

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge